Debbie LUKE, Plaintiff–Appellant,

v.

**DARE COUNTY, NORTH CAROLINA, a Political Subdivision of the State of North Carolina, Defendant–Appellee,**

and

**Terry Wheeler, in his official capacity as County Manager of Dare County, North Carolina, Defendant.**

No. 02–1227.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2002.

Decided Aug. 29, 2002.

John D. Leidy, Hornthal, Riley, Ellis & Maland, L.L.P., Elizabeth City, North Carolina, for Appellant. Mark A. Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Debbie Luke appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Luke v. Dare County, North Carolina,* No. CA–01–15–2–

H–2 (E.D.N.C. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*